UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF NEW YORK 
NAQUAN POSLEY, 
 Plaintiff, 
 22-CV-5819 (LTS) 
 -against- 
 ORDER DIRECTING ORIGINAL 
NEW YORK CITY; NEW YORK CITY SIGNATURE 
DEPARTMENT OF CORRECTIONS, 
 Defendants. 
LAURA TAYLOR SWAIN, Chief United States District Judge: 
 Plaintiff Naquan Posley, who is currently detained at the Anna M. Kross Center (AMKC), 
brings this action pro se. He submitted the complaint without having signed it.1 Rule 11(a) of the 
Federal Rules of Civil Procedure provides that “[e]very pleading, written motion, and other 
paper must be signed by at least one attorney of record in the attorney’s name – or by a party 
personally if the party is unrepresented.” See also Local Civil Rule 11.1(a). The Supreme Court 
has interpreted Rule 11(a) to require “as it did in John Hancock’s day, a name handwritten (or a 
mark hand placed).” Becker v. Montgomery, 532 U.S. 757, 764 (2001). 
 Plaintiff is directed to resubmit to the Court, within thirty days of the date of this order, 
the signature page of the complaint with an original signature. A copy of the unsigned complaint, 
including the signature page, is attached to this order. 

 1 The complaint repeatedly refers to Andre Antrobus, a fellow AMKC detainee who is 
also a frequent litigant in this Court. See, e.g., Antrobus v. Molina, No. 22-CV-4780 (S.D.N.Y.) 
(pending). Posley’s complaint appears to have been written in Antrobus’s distinctive 
handwriting. It is therefore particularly important to ascertain that Posley intends to file this 
action as plaintiff and understands the consequences of doing so (for example, that a $350.00 
filing fee will be withdrawn from his inmate account in installments, and that if he brings three 
actions while a prisoner that are dismissed on qualifying grounds, he will be disqualified under 
28 U.S.C. § 1915(g) from proceeding in forma pauperis in future actions filed as a prisoner). 
 No summons shall issue at this time. If Plaintiff complies with this order, the case shall be 
processed in accordance with the procedures of the Clerk’s Office. If Plaintiff fails to comply 
with this order within the time allowed, the action will be dismissed without prejudice. 
 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would 

not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an 
appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that appellant 
demonstrates good faith when seeking review of a nonfrivolous issue). 
SO ORDERED. 
Dated: July 8, 2022 
 New York, New York 

 /s/ Laura Taylor Swain 
 LAURA TAYLOR SWAIN 
 Chief United States District Judge 
a a 
 UNITED STATES DISTRICT COURT - RECEIVED 
 RECEIVED 
 SOUTHERN DISTRICT OF NEW YORK | SDNY PRO SE OFFICE 
W400 ef? GoelOY 2027 JUL -6 AMO 4S 
No. 
Write the full name of each plaintiff. , (To be filled out by Clerk’s Office) 
 Ay 
 -against- — COMPLAINT 
 x (Prisoner) . 
 7 Do you want a jury trial? 
NYC DHE! Of CBELIAE MOS OYes ONo 
LP’ LOL
Write the full name of each defendant. If you cannot fit the 
names of all of the defendants in the space provided, please 
write “see attached” in the space above and attach an □□ 
additional sheet of paper with the full list of names. The os 
names listed above must be identical to those contained in 
Section IV. □ 

 NOTICE 
 The public can access electronic court files. For privacy and security reasons, papers filed 
 with the court should therefore not contain: an individual's full social security number or full 
 birth date; the full name of a person known to be a minor; or a complete financial account 
 number. A filing may include only: the last four digits of a social security number; the year of 
 an individual's birth; a minor’s initials; and the last four digits of a financial account number. 
 See Federal Rule of Civil! Procedure 5.2. 

Rev. 5/6/16 

 1 , 

 1 LEGAL BASIS FOR CLAIM 
 State below the federal legal basis for your claim, if known. This form is designed primarily for 
 prisoners challenging the constitutionality of their conditions of confinement; those claims are 
 often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a 
 “Bivens” action (against federal defendants). 
 C] Violation of my federal constitutional rights oo 
 1 Other: 
 Il. PLAINTIFF INFORMATION 
 Each plaintiff must provide the following information. Attach additional pages if necessary. , 

 First Name Middle Initial Last Nam 

 State any other names (or different forms of your name) you have ever used, including any name 
 you have used in previously filing a lawsuit. 

 Prisoner ID # (if you have previously been in another agency’s custody, please specify each agency 
 and the ID pyimber (such as your DIN or NYStD) under which you were held) 

 Current Place of Detention Ly 
 SESI BELLI Gf 
 Institutional Address 
L250 . Krbf LE 
 County, City Sta Zip Code 
 Ill. . PRISONER STATUS oe 
 Indicgte below whether you are a prisoner or other confined person: 
 Pretrial detainee 
 1 Civilly committed detainee 
 □□ Immigration detainee 
 O Convicted and sentenced prisoner 
 (1 Other: 

 Page 2 

‘IV. DEFENDANT INFORMATION 
To the best of your ability, provide the following information for each defendant. If the correct 
information is not provided, it could delay or prevent service of the complaint on the defendant. 
Make sure that the defendants listed below are identical to those listed in the captjgn. Attach 
additional pages as necessary. ee”. of Ss 
Defendant 1: Lb Geo Z Lie lOO LI: LL, ALLO S 
 FirsfName ast Name Shield # 
 C 1g AG (or other igentifyipg information) 
 7 Go □□□ / Ea 
 urrent Work LIS Kos og 
 County, City Ye ZS Zip Code 
Defendant 2: Vo AA C LA 
 First Name Last Name Shield # 

 Curpenylob-Title for other j ee 
 Ge f7 
 Current Work Addres 
 hte (C4 YKLbEE- 
 County, City State Zip Code 
Defendant 3: . 
 First Name Last Name Shield # 
 Current Job Title (or other identifying information) 
 Current Work Address □ 
 County, City State Zip Code 
Defendant 4: 
 First Name Last Name Shield # 
 Current Job Title (or other identifying information) 
 Current Work Address 
 County, City State Zip Code 

 Page 3 

 V. | STATEMENT OF CLAIM □ 
 Place(s) of occurrence: Lf SE, AE Le 7 (J □ LO 

 Date(s) of occurrence: Lb Ce fiZ~ 7 Loo AO’; rk 2 le fE BE, □□ □□ 
 FACTS: . 
 State here briefly the FACTS that support your case. Describe what happened, how you were 
 na Teal na wea each cca was personally involved in the alleged wrongful actions. Attach 
 Attotbu, pag Sly a6 fe Heodtle LOO -€ □□ 7 
 fale Ade nen, bplzlis, tif, otf? 
 foes. Abel JA; Zee wiles je Lut fhe (BoGgK 
 Mae Up thane angie seal Bey Heaie ap fers ang tre. Aon hay AOA oy □□ □□ 
Afb GLO LUOG teh Bene atin 3 Ettore □ □□ 
 for $ we engnpeah? LVOZ ALO I” Zee yore □ 
 10, wpe! so Fl Aim flee Yaa F BvwbS (4 □□ 
 AA AitltA.. ali soy Atale Atlee ate si a a 
 |e J spare Atigdeg fC obec fll Aten’ fel 2 
 MMe Miabcs girlie vafpeiiip soo fel flim 2b-le □□ 
 LODE CC8OM« EVEOZESO 9 CS TS CM IMTIAE Jo sty □□ 
 docking toy MA J ca Mba Lkbie glial LYE. 
 fale O Apatite? M00 Ctugl & gertitil Fe Je □□ 
had elo baters patlatiny BweiEss.. folagiiy □□□ 
 Chir the U tee OXfot tig fel by □□ 77% 
 Ze iy 7 . 2Aac” VALS 7724 LO ff ILLS. SSS □□□□ . 
 CZ. aha? wat ZA “no denne, assailed aoe cp □□ 
 (rele Z Aplnés gored 27 fe Bove woo C-Ols faieag 
Ylale0eo Fe Dt LELPFE COB Bete SZ □□ □ 
 Aas! Sa ee, fe ced 2S AE er nro 
 JO BK Sav Ea LE La 
 Lee LAE” LOE was Klaa” oeegee 
 Ss Apes ve he tla. ie Aathvg a2 □□□ 
 lei BF Mal! 22 At feitle foag “Saag 
 EZ Bao (EO OO 6 a ee AE a+ 
 xe Selle v7 aan C6 OB GAZ FF AMY” Pa 
 77 Asad Aacte LWEE wi hel 
 LOOR™ Laid vd G5 Ae A Bo Ae 
 Ly fi Air foto JAE Madly 0 CCC Le on. 
LP “ ‘2 Yl BOLO ELS Bova LG A Ao □ 
 tl vfoOaOA WON OD ge 4 ees □□ 

 Yt ftir tet soe pith gaydop pos atop at AAG - 
 /O0E01 oe of” LAS CALE SUPE Bea Ae □□ OF 
 AOA LE ay. LLLP LO GbR 1 A eb □□□ FOR AZ, 
Ye le Li let Lar saattir peat?” CA Ver 
90 titre SLLVCLE Go ELD, 0 tILCDD Ybor, 
 bsg fAdlts3s bo □□□ fporsl fe Loz 248 □□□ 
 gitar famne Lese evoleatp ae 7) □□ 
 tAga. pete Weipa of) li bl wate Y gat □□□□□ □□ 
 pila LOC LAOH cevette VEO fae 0b. g0ytle □□□□□ 
 INJURIES: Sthapalde LACS JAE CPAP AP Let □□ 
 \f you were injured as a result of these actions, describe your injuries and what medical treatment, . 
 . any, you required and received. 
 ty A Ltd, Ib Lato 3 age 
 fbr Aifeige- A thtevbes, il KO thileaf oe” □□□□ 
 LOOAZASES CX Bivies Cie CaP Yt ge lliav0 LS AAG OTE 
 YE 20g Saws OF-ELY” WLC Mat yalea/ ripper 
 Yay ti AE age Batre (60th a bate lbw tl Mee, □□ 

 VI. RELIEF . 
 -State briefly what money damages or other relief you want the court to order. 
 Aung a LEP Er bce □□□□□ 
 urs Es BuifYyed Cittly atl, paste □ 
 A BF ibe att fC0OELOM 
 LZ ann? FE PV Far LACE Iago a □□ 
 <2nP- Gale □□ OF lots E (bane □□□ 
 ligtl a fAegy Agyyacrae ze I” □□□□ 
 zirtZ Fo Lez, ALCDEE Ac. 
Yebeege Ail iy Bay OEE □□ At 
 Page 5 
 Joby OO Ate! Aicaa£ fOr Laalir 
 . © 
 Ltd” LolIt ee A, JO 40g Anton awe LB 
 ET ae MOL Lar Bae” SAE sly wes 
 Zo eaves Bet ath Armaws , 
 2 trattiicg we vie Ae PAL hie □□□ 

 rp oe Kh a Ee. 

VIt. PLAINTIFF’S CERTIFICATION AND WARNINGS 
By signing below, I certify to the best of my knowledge, information, and belief that: (1) the 
complaint is not being presented for an improper purpose (such as to harass, cause unnecessary 
delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law 
or by anonfrivolous argument to change existing law; (3) the factual contentions have □ 
evidentiary support or, if specifically so identified, will likely have evidentiary support after a 
reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise 
complies with the requirements of Federal Rule of Civil Procedure 11. 
I understand that if I file three or more cases while I am a prisoner that are dismissed as 
frivolous, malicious, or for failure to state a claim, I may be denied in forma pauperis status in 
future cases. 
I also understand that prisoners must exhaust administrative procedures before filing an action 
 in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be 
dismissed if I have not exhausted administrative remedies as required. 
I agree to provide the Clerk's Office with any changes to my address. I understand that my 
failure to keep a current address on file with the Clerk's Office may result in the dismissal of my 
case. 
Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to □ 
proceed without prepayment of fees, each plaintiff must also submit an IFP application. 

Dated ~ Plaintiff's Signature 
 Qe (bb YD Fo 
First Name Middle Initfal Last e 
 / DS 2 A-ZEO 
Prison Address 
Ze 7" Zila fl ZEAE 
County, City Stat Zip Code . 

Date on which | am delivering this complaint to prison authorities for mailing: 

 Page 6 

 co □□ \ 
 5 □ Po 
 a EN 
 3 Z 4 Ly Som, 
Eig AK fl. 
 Za. Blow 

 □ ‘ Gy, : =. fo gon. : 
eS 4 BS □ 
 ee 2 d Be iE 
 oo io 7 lf = cone ua 6 1B 
 oN es 3. ot ¢ . = | et re : 
Eglo el 2 ) 2) 2 eS 

 sy KU Y f fd oy, 1

 3 3 Y mw 

 BAGO 
 , OK The □ 

 7 S CO .